UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD G. PRICE,

    Plaintiff(s),

              v.          Case No. 2:06-cv-0940

NORTHLAND GROUP, INC.,

    Defendant(s).

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Plaintiff, Richard G. Price, by counsel, and Defendant, Northland Group, Inc., by counsel, jointly move to dismiss this matter, with prejudice, as all pending matters between the parties have been resolved and settled.

WHEREFORE, the parties pray that the Court dismiss this matter, with prejudice, and for all other just and proper relief in the premises.

                Respectfully submitted,

LEWIS & KAPPES, P.C.              NORTHLAND GROUP, INC.

By: s/ Gary P. Price                 By: s/ Jeffrey A. Olson
    Gary P. Price, Atty No. 5821-49         Jeffrey A. Olson, Atty No. 1033036
One American Square, Suite 2500        7831 Glenroy Road, Suite 185
Indianapolis, IN  46282-0003            Edina, MN  55439
*Attorneys for Plaintiff,*                   *Attorney for Defendant,*
*Richard G. Price*                           *Northland Group, Inc.*